# District of Columbia
# Court of Appeals

No. 10-BG-1351

In the Matter of
JINHEE KIM WILDE, ESQUIRE
A Member of the Bar of the
District of Columbia
Court of Appeals
Bar Registration No. 436659

BDN: 244-09



FILED JAN 12 2011 DISTRICT OF COLUMBIA COURT OF APPEALS



BEFORE: Kramer and Oberly, Associate Judges; and Farrell, Senior Judge.

## ORDER

On consideration of Bar Counsel's petition to temporarily suspend respondent from the practice of law in the District of Columbia pursuant to D.C. Bar Rule XI, § 10 (c), pending resolution of this matter, respondent's letter dated November 9, 2010, respondent's opposition to request of immediate suspension, and Bar Counsel's response, and it appearing that respondent was found guilty by the Incheon District Court in Incheon, Korea, of theft for stealing $1,100 in U.S. Currency from Erica Yeong Chang; the Court having received a certified copy of the Judgment; and it appearing that the offense constitutes a "seious crime" as defined by D.C. Bar Rule XI, § 10 (b), it is

ORDERED that Bar Counsel's petition is granted, and it is pursuant to D.C. Bar Rule XI, § 10 (c), that the respondent, Jinhee Kim Wilde, is suspended immediately from the practice of law in the District of Columbia pending resolution of this matter, and the Board on Professional Responsibility is directed to institute a formal proceeding to determine the nature of the offense and whether it involves moral turpitude within the meaning of D.C. Code § 11-2503 (a)(2001). It is

FURTHER ORDERED that respondent's attention is drawn to the requirements of D.C. Bar Rule XI, § 14 relating to suspended attorneys and to the provisions of § 16 (c) dealing with the timing of eligibility for reinstatement based on compliance with § 14, including the filing of the required affidavit. It is

FURTHER ORDERED that Bar Counsel inform the Court if the matter is resolved without the necessity of further court action.

PER CURIAM

No. 10-BG-1351

Copies to:

Kevin B. Bedell, Esquire
1750 Tysons Boulevard, Suite 1200
McLean, VA 22102

Charles J. Willoughby, Esquire
Chair, Board on Professional Responsibility
430 E Street, N.W., Suite 138
Washington, D.C. 20001

Wallace E. Shipp, Jr., Esquire
Bar Counsel, Office of Bar Counsel
515 5th Street, N.W., Suite 117
Washington, D.C. 20001

emb