IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

JINHEE KIM WILDE

MISC. CASE NO. 11-mc-0020
(DISCIPLINARY)

Respondent

*************************************************************************

## SHOW CAUSE ORDER

Jinhee Kim Wilde, Esquire, was admitted to practice before the bar of this Court on September 15, 1997. On January 13, 2011, this Court received a copy of an Order from the District of Columbia Court of Appeals immediately suspending Respondent, upon the request of Bar Counsel to temporarily suspend Respondent pursuant to D.C. Bar Rule XI, § 10 (c), and it appearing that Respondent was found guilty by the Incheon District Court in Incheon, Korea, of theft for stealing $1,100.00 in U.S. Currency from Erica Yeong Chang, having received a certified copy of the Judgment, and it appearing that the offense constitutes a "serious crime" as defined by D.C. Bar Rule XI, § 10 (b). The District of Columbia Court of Appeals ordered the Board on Professional Responsibility to institute formal proceedings to determine the nature of the offense and whether it involves moral turpitude within the meaning of D.C. Code § 11-2503 (a) (2001). It is therefore

ORDERED this 20th day of January, 2011, by the United States District Court for the District of Maryland, pursuant to Local Rule 705.3, that Respondent be and hereby is, immediately suspended from the practice of law before this Court, and it is further

ORDERED that Respondent show cause, if any, within thirty (30) days after service of this order, why this Court would not be warranted to impose the identical, greater, or lesser discipline as that imposed by the District of Columbia Court of Appeals.

The Clerk is directed to send a certified copy of this order, together with a copy of the order received from the District of Columbia Court of Appeals, to Respondent by regular and certified mail, return receipt requested.

Deborah K. Chasanow, Chief Judge
United States District Court