UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Inspected by
Court Security Officer
JAN 28 2011
Baltimore, MD

Office of the Clerk
United States District Court
101 W Lombard St Fourth Fl
Baltimore, MD 21201
Attn: Catherine M. N. Scaffidi      11mc0020

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Judy Clark* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) JUDY CLARK   C. Date of Delivery 1/26/11 |
| 1. Article Addressed to:<br>Jinhee K Wilde, Esq.<br>Wilde and Associates, LLC<br>11140 Rockville Pike Ste 620<br>Rockville MD 20852<br>\*\*PERSONAL AND CONFIDENTIAL\*\* | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7001 2510 0000 4853 5803 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540