IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

JINHEE KIM WILDE    MISC. CASE NO. 11-mc-00020
                    (DISCIPLINARY)

Respondent

*************************************************************************

## ORDER OF RECIPROCAL INDEFINITE SUSPENSION

Jinhee Kim Wilde, Esquire, was admitted to practice before the bar of this Court on September 15, 1997. On January 13, 2011, this Court received a copy of an Order from the District of Columbia Court of Appeals immediately suspending Respondent, upon the request of Bar Counsel to temporarily suspend Respondent pursuant to D.C. Bar Rule XI, § 10 (c), and it appearing that Respondent was found guilty by the Incheon District Court in Incheon, Korea, of theft for stealing $1,100.00 in U.S. Currency from Erica Yeong Chang, having received a certified copy of the Judgment, and it appearing that the offense constitutes a "serious crime" as defined by D.C. Bar Rule XI, § 10 (b). The District of Columbia Court of Appeals ordered the Board on Professional Responsibility to institute formal proceedings to determine the nature of the offense and whether it involves moral turpitude within the meaning of D.C. Code § 11-2503 (a) (2001). On January 25, 2011, a Show Cause Order was entered by this Court and sent by regular and certified mail, return receipt requested. As of this date, no answer has been filed by Respondent, and more than thirty (30) days have expired. It is therefore

ORDERED this ___15th___ day of March, 2011, by the United States District Court for the District of Maryland, that Jinhee Kim Wilde, Esquire, be and hereby is, indefinitely suspended from the practice of law before this Court pending further order of the Court. The suspension is entered *nunc pro tunc*. Reinstatement is <u>not</u> automatic; Respondent must comply with Local Rule 705.4.

The Clerk is directed to send a certified copy of this Order to Respondent by regular and certified mail, return receipt requested. The Clerk is further directed to send a certified copy of this Order by regular mail to the (i) Court of Appeals of Maryland; (ii) District of Columbia Court of Appeals, (iii) United States Court of Appeals for the District of Columbia Circuit; (iv) United States Court of Appeals for the Fourth Circuit; (v) United States District Court for the District of Columbia; (vi) United States Court of Federal Claims; (vii) Maryland Attorney Grievance Commission; (viii) Board of Professional Responsibility in the District of Columbia; and (ix) National Lawyer Regulatory Data Bank, Center for Professional Responsibility, American Bar Association.

Deborah K. Chasanow, Chief Judge
United States District Court