# AMERICAN BAR ASSOCIATION

## NATIONAL LAWYER REGULATORY DATA BANK REPORT FORM

*REPORTING AGENT: PLEASE TYPE OR PRINT, SIGN COMPLETED FORMS; ATTACH COURT OR DISCIPLINARY BOARD ORDER AND RETURN TO:*

Data Bank Administrative Assistant
American Bar Association
Center for Professional Responsibility
321 North Clark Street, M-S 15.2
Chicago, IL 60610-4714



(For Office Use Only)

*PLEASE DO NOT FORWARD THIS FORM TO ANY OTHER PERSONS, ENTITIES, AGENCIES, OR JURISDICTIONS.*

NAME    WILDE    JINHEE    KIM
        (Last, Suffix)    (First)    (Middle)

OTHER NAME(S) _____

DATE OF BIRTH    / / / /
                 mm/dd/ yyyy

INTERNATIONAL STANDARD LAWYER NUMBER (ISLN) _____

SOCIAL SECURITY # (last four digits only) ***-**-_____

GENDER   F ___   M ___

ADDRESS (Office)   11140 WILDE AND ASSOCIATES, LLC
                   ROCKVILLE PIKE STE 620
                   (Number & Street)
                   ROCKVILLE    MD    20852
                   (City)       (State)  (Zip)

FORMER ADDRESS _____
               (Number & Street)
               _____
               (City)    (State)    (Zip)

JURISDICTIONS IN WHICH ADMITTED TO PRACTICE:

| JURISDICTION | ADMISSION DATE | REGISTRATION OR BAR NUMBER |
|---|---|---|
| U.S. DISTRICT CT - MD | 9-15-97 | 13498 |

JURISDICTION IMPOSING REGULATORY ACTION   U.S. DISTRICT CT. DISTRICT OF MD

ORDER OR DOCKET NUMBER(S)   11-MC-20

ORDER DATE  03/15/11    EFFECTIVE DATE  03/16/11    NUNC PRO TUNC
            mm/dd/yyyy                   mm/dd/yyyy

Catherine M.N. Scaffidi / CATHERINE M.N. SCAFFIDI
Authorized Reporting Agent Signature & Printed Name

02/2008

- 1 -

## DISBARMENT
\_\_\_\_ D105 DISBARMENT                     \_\_\_\_ D115 PERMANENT DISBARMENT
\_\_\_\_ D110 DISBARMENT ON CONSENT          \_\_\_\_ D120 RECIPROCAL DISBARMENT

## RESIGNATION
\_\_\_\_ D210 CHARGES PENDING                \_\_\_\_ D250 RECIPROCAL RESIGNATION
\_\_\_\_ D215 PERMANENT RESIGNATION

## TRANSFER RE INACTIVE STATUS
\_\_\_\_ D310 TO DISABILITY INACTIVE STATUS  \_\_\_\_ D350 FROM INACTIVE STATUS
       /NO CHARGES PENDING                 \_\_\_\_ D360 RECIPROCAL TRANSFER
\_\_\_\_ D320 TRANSFER/CHARGES PENDING

## SUSPENSION
\_\_\_\_ D405 DEFINITE SUSPENSION            /\_\_/\_\_/\_\_/
 ✓   D410 INDEFINITE SUSPENSION           (length of sanction  yy/mm/ddd)
\_\_\_\_ D415 INTERIM/IMMEDIATE SUSPENSION
\_\_\_\_ D420 SUSPENSION ON CONSENT          /\_\_/\_\_/\_\_/
                                           (length of sanction: yy/mm/ddd)

 ✓   D435 RECIPROCAL SUSPENSION           /\_\_/\_\_/\_\_/
                                           (length of sanction  yy/mm/ddd)

## PROBATION
\_\_\_\_ D525 PROBATION                      /\_\_/\_\_/\_\_/
                                           (length of sanction  yy/mm/ddd)

\_\_\_\_ D526 RECIPROCAL PROBATION           /\_\_/\_\_/\_\_/
                                           (length of sanction  yy/mm/ddd)

\_\_\_\_ D527 EXTENSION OF PROBATION         /\_\_/\_\_/\_\_/
                                           (length of sanction  yy/mm/ddd)

\_\_\_\_ D528 PROBATION ON CONSENT           /\_\_/\_\_/\_\_/
                                           (length of sanction  yy/mm/ddd)

\_\_\_\_ D529 REVOCATION OF PROBATION SUSPENSION  /\_\_/\_\_/\_\_/
                                           (length of sanction  yy/mm/ddd)

\_\_\_\_ D524 TERMINATION OF PROBATION

## PUBLIC REPRIMAND/CENSURE/ADMONITION (INDIVIDUAL)
\_\_\_\_ D530 PUBLIC REPRIMAND/PUBLIC CENSURE   \_\_\_\_ D532 CONSENT REPRIMAND/CENSURE
\_\_\_\_ D531 RECIPROCAL REPRIMAND/CENSURE     \_\_\_\_ D533 PUBLIC ADMONITION

## LAW FIRM DISCIPLINE
\_\_\_\_ D381 PUBLIC REPRIMAND/PUBLIC CENSURE   \_\_\_\_ D383 FINES
\_\_\_\_ D382 CONSENT REPRIMAND/CENSURE        \_\_\_\_ D384 DISGORGEMENT OF FEES

## OTHER DISPOSITIONS
\_\_\_\_ D505 RESTITUTION            $ \_\_\_\_\_
\_\_\_\_ D510 COSTS                  $ \_\_\_\_\_
\_\_\_\_ D515 FINES                  $ \_\_\_\_\_
\_\_\_\_ D520 LIMITATIONS ON PRACTICE

\_\_\_\_ D535 PROFESSIONAL RESPONSIBILITY EXAM
\_\_\_\_ D536 BAR EXAM
\_\_\_\_ D540 OTHER CONDITIONS/DISPOSITIONS: _____

\_\_\_\_ D545 PRO BONO                             HRS: \_\_\_\_
\_\_\_\_ D548 LAW PRACTICE MANAGEMENT PROGRAM      HRS: \_\_\_\_
\_\_\_\_ D550 COMMUNITY SERVICE                    HRS: \_\_\_\_
\_\_\_\_ D555 CONTINUING LEGAL EDUCATION           HRS: \_\_\_\_

\_\_\_\_ D558 ETHICS SCHOOL                  \_\_\_\_ D573 LAWYERS ASSISTANCE PROGRAM
\_\_\_\_ D562 MONITOR TRUST ACCOUNTS         \_\_\_\_ D575 CONTEMPT
\_\_\_\_ D565 REHABILITATION PROGRAM         \_\_\_\_ D580 ORDER STAYED
\_\_\_\_ D570 ALCOHOL/SUBSTANCE              \_\_\_\_ D585 ORDER VACATED
       ABUSE MONITORING                    \_\_\_\_ D590 ORDER MODIFIED

## REINSTATEMENT/READMISSION
\_\_\_\_ D605 REINSTATE/READMIT BY COURT ORDER  \_\_\_\_ D615 REINSTATEMENT DENIED
\_\_\_\_ D610 AUTOMATIC REINSTATEMENT           \_\_\_\_ D700 RESPONDENT DECEASED

*UPDATED 02/2008*