11mc20

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>Ann M. Hays  3/17/11 |
| 1. Article Addressed to:<br>Jinhee Kim Wilde, Esq.<br>Wilde and Associates LLC<br>11 _ Rockville Pike Ste 620<br>Rockville, MD 20852<br>**PERSONAL AND CONFIDENTIAL** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 2510 0000 4853 6008 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

MAR 1 8 2011

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Office of the Clerk
United States District Court
101 W Lombard St Fourth Fl
Baltimore, MD 21201
Attn: Catherine M. N. Scaffidi    11mc00020